| PROB 22<br>(Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:24CR00390-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:26-cr-00113-CDS-DJA-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | UTAH | CENTRAL |

__✔ FILED__   ___ RECEIVED
___ ENTERED   ___ SERVED ON

**JUNE 11 2026**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
AMMi
BY:_____ DEPUTY

Dallin Pili

| NAME OF SENTENCING JUDGE |
|---|
| Howard C. Nielson, U.S. District Judge |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 04/19/2026 | 04/18/2029 |

OFFENSE
Count 1: Fraud in the Offer and Sale of Securities

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Pili has established community ties and has zero intention of returning to the District of Utah during the remainder of his time on supervision.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ NEVADA _____ upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

| 6/5/2026 | |
|---|---|
| Date | *United States District Judge* |

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| June 12, 2026 | |
|---|---|
| *Effective Date* | *United States District Judge* |